■ ROBERT VENDITTI et al., Appellants, v AMERICAN DRUGGISTS INSURANCE COMPANY et al., Respondents. — In an action, *inter alia,* to recover on a payment bond, plaintiffs appeal from an order of the Supreme Court, Richmond County (Rubin, J.), dated November 29, 1983, which denied their motion to dismiss the affirmative defenses raised by defendants.

Order affirmed, with costs.

It cannot be said that either of the affirmative defenses has no merit as a matter of law (*see,* CPLR 3212 [b]; Siegel, NY Prac § 269). Titone, J. P., Thompson, O'Connor and Eiber, JJ., concur.